IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER P. HAWES, #258240, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:08-cv-0930-TMH |
| ) | |
| ) | |
| TRACEY M. BOWDEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #31) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. the Recommendation (Doc. #31) of the Magistrate Judge is ADOPTED;

b. Defendant's Motion for Summary Judgment (Doc. #16) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to exhaust administrative remedies previously available to him at the Elmore County Jail; and

c. this case is DISMISSED with prejudice, in accordance with the provisions of 42 U.S.C. § 1997e(a), due to Plaintiff's failure to properly exhaust

administrative remedies previously available to him at the Elmore County Jail.

A separate judgment shall issue.

Done this 8th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE